# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Diana Pendland,

    Plaintiff,

        v.                                               Case No. 1:08cv485

Commissioner of Social Security,         Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on August 11, 2009 (Doc. 14).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 14) of the Magistrate Judge is hereby **ADOPTED.** The decision of the ALJ is reversed consistent with the Magistrate Judge's Report and Recommendation; this matter is remanded to the ALJ pursuant to 42 U.S.C. § 405(g), Sentence 4. This action is closed.

    **IT IS SO ORDERED.**

                                                        *s/Michael R. Barrett*
                                                    Michael R. Barrett, Judge
                                                    United States District Court