# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Diana Pendland,

    Plaintiff,

       v.                       Case No. 1:08cv485

Commissioner of Social Security,        Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 21, 2011 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters, 638 F.2d 947 (6th Cir. 1981)*. No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Motion for Attorney Fees (Doc. 20) is **GRANTED**. Plaintiff's Counsel James Williams will be awarded $3,038.50 in fees.

**IT IS SO ORDERED.**

                                    *S/Michael R. Barrett*
                                    Michael R. Barrett
                                    United States District Judge